**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2395**

CEDRICK EURON DRAPER,

       Plaintiff - Appellant,

    v.

GENERAL DISTRICT COURT AND CIRCUIT COURT OF CAMPBELL COUNTY,

       Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Mark S. Davis, Chief District Judge. (2:18-cv-00550-MSD-LRL)

Submitted: June 18, 2019                         Decided: June 26, 2019

Before NIEMEYER and WYNN, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Cedrick Euron Draper, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cedrick Euron Draper appeals the district court's order dismissing his civil action without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Draper v. Gen. Dist. Ct.*, No. 2:18-cv-00550-MSD-LRL (E.D. Va. Oct. 18, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*